UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO Q. WALKER,

    Plaintiff,

vs.

CITY OF DETROIT, a municipal corporation,
POLICE OFFICER BRANDON PETIT and
POLICE OFFICER KELLY LUCY, jointly
and severally,

    Defendants.

Magistrate Judge: Michael Hluchaniak
Case No.: 2:10-cv-13179

_____

| | |
|---|---|
| CYRIL C. HALL (P-29121) | MARION R. JENKINS (P-26257) |
| TIMMOTHY J. YOUSIF (P-64538) | Assistant Corporation Counsel |
| Attorneys for Plaintiff | Attorney for Defendants |
| 14650 W. Warren Avenue, Suite 200 | 660 Woodward Avenue, Suite 1650 |
| Dearborn, MI 48126 | Detroit, MI 48226 |
| (313) 582-7930 | (313) 237-3032 |
| cyrilhalllaw@sbcglobal.net | Jenkmr@detroitmi.gov |

_____

## STIPULATION TO DISMISS CAUSE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the respective parties that this matter is hereby dismissed with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Cyril C. Hall | /s/ Marion R. Jenkins |
| Cyril C. Hall (P-29121) | Marion R. Jenkins (P-26257) |
| Timmothy J. Yousif (P-64538) | Assistant Corporation Counsel |
| Law Offices of Cyril C. Hall, P.C. | Attorney for Defendants |
| Attorneys for Plaintiff | 660 Woodward Avenue |
| 14650 W. Warren Ave., Suite 200 | 1650 First National Building |
| Dearborn, MI 48126 | Detroit, MI 48226 |
| (313) 582-7930 | (313) 237-3032 |

Dated: June 21, 2012

K:\DOCS\LIT\JENKMR\A37000\order\ML9294.WPD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANGELO Q. WALKER,

    Plaintiff,

vs.

Magistrate Judge: Michael Hluchaniak
Case No.: 2:10-cv-13179

CITY OF DETROIT, a municipal corporation,
POLICE OFFICER BRANDON PETIT and
POLICE OFFICER KELLY LUCY, jointly
and severally,

    Defendants.

_____

| | |
|---|---|
| CYRIL C. HALL (P-29121) | MARION R. JENKINS (P-26257) |
| TIMMOTHY J. YOUSIF (P-64538) | Assistant Corporation Counsel |
| Attorneys for Plaintiff | Attorney for Defendants |
| 14650 W. Warren Avenue, Suite 200 | 660 Woodward Avenue, Suite 1650 |
| Dearborn, MI 48126 | Detroit, MI 48226 |
| (313) 582-7930 | (313) 237-3032 |
| cyrilhalllaw@sbcglobal.net | Jenkmr@detroitmi.gov |

_____

## ORDER OF DISMISSAL

    This matter having come before the Court on the parties' Stipulation to Dismiss and it appearing to this Court that good cause has been shown for dismissal in that the parties have resolved this matter;

    **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs to any party.

                                                                         s/Michael Hluchaniuk

Date: June 25, 2012                                                    U.S. Magistrate Judge